## 35309. ORR v. COUCH.

MARSHALL, Justice.

This appeal is from a judgment that denied the appellant's pro se application to the clerk of court for a copy of warrant, indictment, sentence and transcript of his conviction of armed robbery based upon a guilty plea, for which he is serving a 20-year sentence. The appellant alleges that he has not received any records from his lawyer, and needs them for an alleged pending habeas corpus proceeding. It is not alleged whether a direct appeal was taken.

"While an indigent is entitled to a copy of his trial transcript for a direct appeal of his conviction, such is not the case in collateral post-conviction proceedings." *Holmes v. Kenyon,* 238 Ga. 583, 584 (234 SE2d 502) (1977). See also *Flucas v. Hinson,* 242 Ga. 378 (249 SE2d 64) (1978) and cits.

The judgment below must be affirmed.

*Judgment affirmed. All the Justices concur, except Hall, J., who concurs in the judgment only.*

SUBMITTED AUGUST 31, 1979 — DECIDED SEPTEMBER 26, 1979.

Andrew Orr, *pro se.*
*William P. Bailey,* for appellee.

